# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, AND TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>C. T. AND F., INC., a California corporation,<br><br>Defendant. | CASE NO.: 14-CV-01691 RZ<br><br>ASSIGNED TO THE HONORABLE RALPH ZAREFSKY<br><br>**[PROPOSED] JUDGMENT** |

This action having been commenced on March 7, 2014, and the Court having approved the stipulation for entry of judgment in favor of plaintiffs, Trustees of the Operating Engineers Pension Trust, et al., and against defendant, C. T. and F., Inc., a California corporation, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiffs Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust and Trustees of the Operating Engineers Training Trust shall recover from Defendant C. T. and F., Inc., a California corporation, the principal amount of $135,774.53, plus pre-judgment ~~and post-judgment~~ interest thereon accruing from September 25, 2014, until ~~paid~~ the date of Judgment at the rate of eight percent (8%) per annum, and post-Judgment interest according to law.

DATED: 9/29/14

/S/ RALPH ZAREFSKY
_____
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE